IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SERENA C. MOSER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MCC OUTDOOR, L.L.C., )<br>SHIVERS TRADING & OPERATING )<br>CO., )<br>)<br>Defendants. ) | 1:05CV00288 |

ORDER and JUDGMENT

OSTEEN, District Judge

For the reasons set forth in the memorandum opinion entered contemporaneously herewith,

IT IS ORDERED that Defendants' Motion for Summary Judgment [28] is granted.

This the 30th day of August 2006.

                                                    _____
                                                   United States District Judge